In the Matter of PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [60 East 42nd St., Borough of Manhattan.]

Argued October 5, 1955; decided November 17, 1955.

*Arthur A. Segall, Murray L. Watt* and *Robert L. Pelz* for appellant.

*Peter Campbell Brown, Corporation Counsel (Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.